Jeffrey I. Pitegoff (#5458)
Pitegoff Law Office
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
702.553.1050 (p)
702.893.3900 (f)
jpitegoff@lawpitegoff.com
Attorney for Boulder City Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAVID HADDEN III, individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:09-cv-01212-KJD-PAL |
| | ) |
| CHARLES R. ROGERS, individually and as an agent of Boulder City Recreation Center; CITY OF BOULDER CITY, a political entity of the State of Nevada; BOULDER CITY RECREATION DEPARTMENT, a political entity of the State of Nevada; BOULDER CITY RECREATION CENTER, a political entity of the State of Nevada; ROGER HALL. Director of Boulder City Department of Parks and Recreation; DOES I through X; and ROE ENTITIES XI through XX, inclusive, | ) ) ) ) ) ) |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the Plaintiff DAVID HADDEN III, through his attorney of record Bradley S. Mainor, ESQ., Defendant Charles R. Rogers, through his attorney of record, THOMAS P. BEKO, ESQ., and Defendants CITY OF BOULDER CITY, BOULDER CITY RECREATION DEPARTMENT, BOULDER CITY RECREATION CENTER, and ROGER HALL, by and through their attorney of record,

1

JEFFREY I. PITEGOFF, ESQ., that the above entitled action by dismissed with prejudice, with each party to bear their own court costs and attorney's fees.

| MAINOR EGLET COTTLE, LLP | PITEGOFF LAW OFFICE |
|---|---|
| _____/s/ Joseph Wirth_____ | _____/s/_____ |
| Bradley S. Mainor, Esq. | Jeffrey I. Pitegoff, Esq. |
| Joseph J. Wirth, Esq. | Bar No. 5458 |
| 400 S. Fourth Street, 6th Floor | 2620 Regatta Drive, Suite 102 |
| Las Vegas, NV  89101 | Las Vegas, NV  89128 |
| Dated this 6th day of December, 2010. | Dated this 6th day of December, 2010. |

ERICKSON, THORPE & SWAINSTON

_____/s/_____
Thomas Beko, Esq.
Bar No. 2653
99 West Arroyo Street
Reno, NV  89509
*Attorney for Defendant Charles R. Rogers*

Dated this 6th day of December, 2010.

**ORDER**

IT IS SO ORDERED this 7th day of December, 2010.

_____
**UNITED STATES JUDGE**

2